AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

SOUTHERN _____ DISTRICT OF _____ IOWA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | **FILED** | DAVENPORT DIVISION |
| V. | MAY 20 2008 | WARRANT FOR ARREST |
| MICHAEL LLOYD COLEMAN | NANCY MAYER WHITTINGTON, CLERK U.S. DISTRICT COURT | 08-334-M 01 |
|  |  | CASE NUMBER: 3:07-cr-623 |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Michael Lloyd Coleman___
                                                   Name

for proceedings in Davenport, Iowa, to answer an

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of Court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base

in violation of Title __21__ United States Code, Section(s) __846, 841(b)(1)(A)__

| Thomas J. Shields | Chief U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| /s/ | November 15, 2007, Davenport, Iowa |
| Signature of Issuing Officer | Date and Location |

Bail fixed at $ _____ by _____
                                     Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
|  | Per Recording officer D.L. Tolliver | /s/ |
| DATE OF ARREST 5-20-08 |  |  |

AO 442 (Rev. 5/93) Warrant for Arrest

AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF IOWA

| UNITED STATES OF AMERICA | 08-334-M 01 |
|---|---|
| v. | CRIMINAL COMPLAINT |
| MICHAEL COLEMAN, | CASE NUMBER: 07-mj-631 |

**RECEIVED** NOV - 2007 CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF IOWA

**FILED** MAY 20 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

From a date unknown, but beginning by on or about December 2006, and continuing to on or about October 9, 2007, in Scott County in the Southern District of Iowa, defendants, MATRAZ BROWN, MICHAEL COLEMAN, YOLANDA DAVIS, TANESHA JOHNSON HOLDER, KEITH NELSON, and ANDREW SULLIVAN, did knowingly and intentionally, conspire with each other and other persons, known and unknown, to knowingly distribute at least 50 grams of a mixture or substance containing cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). This is a violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A).

I further state that I am a(n) Davenport Police Officer and that this Complaint is based on the following facts:

See Affidavit attached and incorporated hereto.

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

_____
Gilbert L. Proehl
Davenport Police Department

Sworn to before me and subscribed in my presence,

November 2, 2007 at Davenport, Iowa
Date                      City and State

Thomas J. Shields, Chief Magistrate Judge,
Southern District of Iowa
Name & Title of Judicial Officer

_____
Signature of Judicial Officer