Rev 1/07

**FILED**
JUN 09 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**Clerk's Office**
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
Nancy Mayer-Whittington, Clerk
333 Constitution Avenue, NW
Washington, DC 20001
(202) 354-3000

Return Copy

Date: 05/30/08

Address of Other Court: USDC Southern District of Iowa
300 United States Courthouse
123 East Walnut St.
Des Moines, IA 50309-2035

RE: CR 08-334-M-01 USA v. Coleman

08 JUN -6 AM 10:35

Dear Clerk of the Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above-named defendant:

| ☑ Docket Sheet | ☑ Warrant of Removal |
| ☑ Complaint | ☐ Order of Removal |
| ☐ Minute Order Appointing Counsel | ☐ Detention Order |
| ☐ Corporate Surety Bond | ☑ Waiver of Removal |
| ☐ Personal Surety Bond | |
| ☑ Other: Blotter filed on 05/20/08 | |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,
NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk